IGNACIO E. SALCEDA, State Bar No. 164017
REBECCA L. EPSTEIN, State Bar No. 168226
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA  94304-1050
Telephone:  (650) 493-9300
Facsimile:  (866) 974-7329
Email:      isalceda@wsgr.com
            bepstein@wsgr.com

Attorneys for Defendants
SOLENO THERAPEUTICS, INC., ANISH
BHATNAGAR, JAMES MACKANESS, AND
MEREDITH MANNING

[Additional counsel appear on signature page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CITY OF PONTIAC POLICE AND FIRE RETIREMENT SYSTEM, on Behalf of Itself and All Others Similarly Situated,<br><br>                    Plaintiff,<br><br>         v.<br><br>SOLENO THERAPEUTICS, INC., ANISH BHATNAGAR, JAMES MACKANESS, and MEREDITH MANNING,<br><br>                    Defendants. | Case No.: 3:26-CV-01979-EMC<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING DEFENDANTS' DEADLINE TO RESPOND TO SECURITIES CLASS ACTION COMPLAINT AND CONTINUING CASE MANAGEMENT CONFERENCE** |

STIP. & [PROPOSED] ORDER RE
RESPONSE TO COMPLAINT & CONTINUING CMC
CASE NO. 3:26-CV-01979-EMC

WHEREAS, plaintiff City of Pontiac Police and Fire Retirement System filed the above-captioned securities class action lawsuit on March 6, 2026;

WHEREAS, this action is subject to the provisions of the Private Securities Litigation Reform Act of 1995 ("Reform Act"), 15 U.S.C. § 78u-4, which, inter alia, requires the Court to appoint a lead plaintiff;

WHEREAS, on March 9, 2026, the Court entered an Order setting an initial Case Management Conference ("CMC") for June 9, 2026 and setting Rule 26(f), CMC, and ADR deadlines for May 19, 2026 and June 2, 2026 (the "Initial Scheduling Order");

WHEREAS, the deadline for filing a motion seeking to be appointed lead plaintiff pursuant to the Reform Act is May 5, 2026;

WHEREAS, defendants' deadline to respond to the complaint is May 8, 2026;

WHEREAS, the parties anticipate that the Court-appointed lead plaintiff may seek to file an amended complaint;

WHEREAS, defendants anticipate that they will file a motion or motions to dismiss; and

WHEREAS, in light of the current procedural posture and the fact that a lead plaintiff has not yet been appointed, the parties respectfully request the CMC and related CMC and ADR deadlines be continued as set forth below.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, subject to Court approval, as follows:

1.    Defendants need not respond to the above-captioned complaint pending the appointment of a lead plaintiff under 15 U.S.C. § 78u-4(a)(3)(B) and the subsequent filing of an amended complaint or designation of an operative complaint by the lead plaintiff.

2.    Within ten (10) days of the Court's order appointing lead plaintiff pursuant to the Reform Act, the lead plaintiff(s) and Defendants shall confer and submit a proposed schedule for the filing of an amended complaint (or designation of an operative complaint) and a briefing schedule for Defendants' anticipated motion(s) to dismiss.

3.      Pursuant to Civil L.R. 16-2, the CMC scheduled for June 9, 2026 is vacated pending the appointment of a lead plaintiff and the subsequent filing of an amended complaint or designation of an operative complaint.  Likewise, the deadlines for filing a Joint Case Management Statement or ADR documents under the Initial Scheduling Order, Civil L.R. 16-8, and ADR L.R. 3-5 are continued accordingly.

Dated:  April 8, 2026

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

By: */s/   Ignacio E. Salceda*
　　　　Ignacio E. Salceda

Ignacio E. Salceda (SBN 164017)
Rebecca L. Epstein (SBN 168226)
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile: (866) 974-7329
isalceda@wsgr.com
bepstein@wsgr.com

*Attorneys for Defendants Soleno Therapeutics, Inc., Anish Bhatnagar, James Mackaness, and Meredith Manning*

Dated:  April 8, 2026

ROBBINS GELLER RUDMAN & DOWD LLP

By: */s/  Shawn A. Williams*
　　　　Shawn A. Williams

Shawn A. Williams
*Post Montgomery Center*
One Montgomery Street, Suite 1800
San Francisco, CA 94104
Telephone: 415/288-4545
shawnw@rgrdlaw.com

ROBBINS GELLER RUDMAN
& DOWD LLP
BRIAN E. COCHRAN
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
bcochran@rgrdlaw.com

ROBBINS GELLER RUDMAN
& DOWD LLP
SAMUEL H. RUDMAN
58 South Service Road, Suite 200
Melville, NY 11747
Telephone: 631/367-7100
srudman@rgrdlaw.com

*Attorneys for Plaintiff City of Pontiac Police and Fire Retirement System*

STIP. & [PROPOSED] ORDER RE
RESPONSE TO COMPLAINT & CONTINUING CMC
CASE NO. 3:26-CV-01979-EMC

-3-

# [PROPOSED] ORDER

PURSUANT TO THE STIPULATION, IT IS SO ORDERED.


DATED:    April 9, 2026

_____
HONORABLE EDWARD M. CHEN
UNITED STATES DISTRICT JUDGE

STIP. & [PROPOSED] ORDER RE                              -4-
RESPONSE TO COMPLAINT & CONTINUING CMC
CASE NO. 3:26-CV-01979-EMC