# EXHIBIT B

Movants' Purchases and Losses

Class Period: 03/26/2025 - 11/04/2025

Soleno Therapeutics

| Name | Date | Shares Acquired | Price | Total Cost | Date** | Shares Disposed | Price | Total Proceeds | Total Gain (Loss)* |
|---|---|---|---|---|---|---|---|---|---|
| **The Firemen's Retirement System of St. Louis** | 06/26/2025 | 3,925 | $84.32 | $330,973.66 | 08/07/2025 | 426 | $78.47 | $33,428.65 | |
| | 06/27/2025 | 797 | $83.44 | $66,504.71 | 11/05/2025 | 1,499 | $46.87 | $70,258.13 | |
| | 09/10/2025 | 307 | $63.65 | $19,540.21 | 12/16/2025 | 539 | $49.80 | $26,841.93 | |
| | | | | | held | 2,565 | $46.58 | $119,468.30 | |
| | | **5,029** | | **$417,018.58** | | **5,029** | | **$249,997.00** | **($167,021.58)** |
| | | | | | | | | | |
| **City of Baton Rouge and Parish of East Baton Rouge Employees' Retirement System** | 07/09/2025 | 457 | $86.82 | $39,677.33 | held | 5,345 | $46.58 | $248,950.50 | |
| | 07/10/2025 | 177 | $85.00 | $15,045.00 | | | | | |
| | 09/24/2025 | 857 | $64.44 | $55,227.82 | | | | | |
| | 09/24/2025 | 2,401 | $63.76 | $153,076.24 | | | | | |
| | 09/25/2025 | 331 | $63.30 | $20,953.62 | | | | | |
| | 10/07/2025 | 1,122 | $62.46 | $70,076.64 | | | | | |
| | | **5,345** | | **$354,056.65** | | **5,345** | | **$248,950.50** | **($105,106.15)** |
| | | | | | | | | | |
| **Movants' Total** | | **10,374** | | **$771,075.23** | | **10,374** | | **$498,947.50** | ***($272,127.73)*** |

*For shares held at the end of the class period, losses are calculated by multiplying the shares held by the average share price
during the 90 calendar days after the end of the class period.  The price used is $46.58 as of February 02, 2026 for common stock.

**For post-class period sales, either the actual price or the mean price (end of class period to the actual post-class sale price)
will be used depending on which value is higher.

Prices listed are rounded up to two decimal places.