# EXHIBIT C

## JOINT DECLARATION IN SUPPORT OF MOTION
## FOR APPOINTMENT AS LEAD PLAINTIFF

We, the representatives of The Firemen's Retirement System of St. Louis ("St. Louis Firemen") and City of Baton Rouge and Parish of East Baton Rouge Employees' Retirement System ("CPERS") (collectively, the "Public Pension Funds"), pursuant to 28 U.S.C. §1746, declare as follows:

1. We respectfully submit this Joint Declaration in support of the Public Pension Funds' motion for appointment as lead plaintiff and approval of their selection of Robbins Geller Rudman & Dowd LLP as lead counsel. We are informed of and understand the requirements and duties of serving as lead plaintiff pursuant to the Private Securities Litigation Reform Act of 1995 (the "PSLRA"), including the selection and retention of counsel and overseeing the prosecution of the Soleno Therapeutics, Inc. securities litigation. We each have personal knowledge about the information in this Joint Declaration relating to our own activities, actions, and beliefs.

2. I, John D. Brewer, am the Executive Director of St. Louis Firemen and am authorized to make this Declaration on its behalf. St. Louis Firemen is a defined benefit public pension fund headquartered in St. Louis, Missouri that administers retirement benefits on behalf of active and retired firefighters of the City of St. Louis and their beneficiaries. As reflected in its Certification, St. Louis Firemen purchased Soleno common stock during the Class Period and suffered a substantial loss as a result of the violations of the federal securities laws alleged in this action.

3. I, Aisha Mirza, am the Interim Director of CPERS and am authorized to make this Declaration on its behalf. CPERS is a defined benefit public pension fund headquartered in Baton Rouge, Louisiana that administers retirement benefits on behalf of active and retired employees of the City of Baton Rouge and the Parish of East Baton Rouge and their beneficiaries. As reflected

in its Certification, CPERS purchased Soleno common stock during the Class Period and suffered a substantial loss as a result of the violations of the federal securities laws alleged in this action.

4.      The Public Pension Funds are sophisticated institutional investors that understand, appreciate, and accept the duties and fiduciary responsibilities of a lead plaintiff.  The Public Pension Funds have experience serving as representative parties in securities litigation, including as part of small groups of institutional investors, and in selecting, hiring, and overseeing lawyers in securities litigation.  The Public Pension Funds each have dedicated in-house professionals, as well as outside fiduciary counsel, to ensure effective oversight of counsel and this litigation.  Each entity serves as a fiduciary to a large number of beneficiaries.

5.      We are aware of and are prepared to fulfill the responsibilities and requirements of being a lead plaintiff in a securities class action.  We understand that a lead plaintiff is responsible for overseeing lead counsel, ensuring the efficient and vigorous representation of the class, and maximizing recovery for the class.  We believe that our combined experience, knowledge, and sophistication will enable us to vigorously represent the interests of the proposed class.  We are motivated to recover the significant losses that we incurred as a result of the defendants' alleged violations of the federal securities laws, and our principal goal in seeking appointment as lead plaintiff is to ensure that this litigation is supervised by experienced and sophisticated institutional investors.

6.      The Public Pension Funds have experience serving as representative parties under the PSLRA as part of small groups of like-minded institutions and understand the importance of having an engaged lead plaintiff monitor the litigation and supervise counsel.  St. Louis Firemen is currently serving as a named plaintiff as part of a small group of institutional investors in the securities class action against Barclays PLC. *See Merritt v. Barclays PLC*, No. 2:23-cv-09217

(C.D. Cal.). There, St. Louis Firemen, serving as an additional named plaintiff along with another institutional investor as lead plaintiff, has successfully defeated defendants' motion to dismiss in part. CPERS also has a strong record of successfully seeking redress on behalf of harmed shareholders, recovering more than $100 million for class members in cases where CPERS served as lead plaintiff, including in cases where CPERS partnered with similarly situated institutional investors. *See, e.g., Allegheny Cnty Emps. Ret. Sys. v. Energy Transfer LP*, No. 2:20-cv-00200 (E.D. Pa.) ($15 million recovery with CPERS as lead plaintiff as part of a small group of institutions); *In re Merit Med. Sys., Inc. Sec. Litig.*, No. 8:19-cv-02326 (C.D. Cal.) ($18.25 million recovery with CPERS as lead plaintiff as part of a small group of institutions); *In re GreenSky Sec. Litig.*, No. 1:18-cv-11071 (S.D.N.Y.) ($27.5 million recovery with CPERS as lead plaintiff as part of a small group of institutions).

7.     In light of these experiences serving in leadership positions in securities class actions, our common objectives in ensuring that securities class actions are directed by sophisticated and engaged institutional investors, as well as our duties as fiduciaries to our beneficiaries and participants, we believe that a lead plaintiff focused on the litigation and monitoring class counsel plays an essential role in achieving successful outcomes for class members in securities class actions.

8.     As a result of the significant losses suffered by the Public Pension Funds and their common goals as institutional investors to serve as representative parties in this and other class actions under the PSLRA, the Public Pension Funds decided to join together to prosecute this action as lead plaintiff for the class. The Public Pension Funds are also familiar with one another due to their respective membership in the National Conference on Public Employee Retirement Systems. The Public Pension Funds have coordinated their actions herein and have communicated

with each other and with counsel to discuss procedures for directing this litigation and monitoring counsel.

9. To that end, before filing our lead plaintiff motion, the Public Pension Funds conferred regarding the merits of the claims and the status of the litigation, the lead plaintiff process, our investments in Soleno stock, the requirements and responsibilities of being a lead plaintiff in a securities class action, our previous experience serving as lead plaintiffs in securities litigation, the strengths of seeking appointment together, our strategy to jointly prosecute this case, our oversight of counsel, and our commitment to act in the class's best interests. We agreed to protocols regarding how we will jointly prosecute the case, including that decisions will be made by consensus, the same mechanism that has worked well for us in previous securities litigation. We will coordinate with each other to exercise joint decision-making on matters pertaining to this litigation as appropriate. If appointed lead plaintiff, we will continue to confer as necessary to ensure effective oversight and direction of counsel.

10. We understand that, as lead plaintiff, it is our responsibility to select counsel for the class. We have selected Robbins Geller as proposed Lead Counsel because of the Firm's proprietary investigation into Soleno and its dedication to file the complaint in this case, its history of successfully prosecuting securities class actions as lead counsel, its ability and commitment to prepare and present this case at trial (and beyond) if necessary, and the Public Pension Funds' productive working relationship with the Firm.

Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury that the foregoing statements relating to The Firemen's Retirement System of St. Louis are true and correct. Executed this 4th day of May, 2026.

Signed by:

*John D. Brewer*

0E0FD04069A244B...

John D. Brewer
Executive Director of The Firemen's Retirement
System of St. Louis

Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury that the foregoing statements relating to City of Baton Rouge and Parish of East Baton Rouge Employees' Retirement System are true and correct.  Executed this ___ day of May, 2026.

Aisha Mirza
Interim Director of City of Baton Rouge and Parish
of East Baton Rouge Employees' Retirement
System

Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury that the foregoing statements relating to The Firemen's Retirement System of St. Louis are true and correct. Executed this ___ day of May, 2026.

_____
John D. Brewer
Executive Director of The Firemen's Retirement
System of St. Louis

Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury that the foregoing statements relating to City of Baton Rouge and Parish of East Baton Rouge Employees' Retirement System are true and correct.  Executed this 5 day of May, 2026.

_____
Aisha Mirza
Interim Director of City of Baton Rouge and Parish
of East Baton Rouge Employees' Retirement
System