ROBBINS GELLER RUDMAN
  & DOWD LLP
SHAWN A. WILLIAMS (213113)
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA  94104
Telephone:  415/288-4545
shawnw@rgrdlaw.com
        – and –
ROBBINS GELLER RUDMAN
  & DOWD LLP
DANIELLE S. MYERS (259916)
MICHAEL ALBERT (301120)
KENNETH P. DOLITSKY (345400)
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
dmyers@rgrdlaw.com
malbert@rgrdlaw.com
kdolitsky@rgrdlaw.com

Proposed Lead Counsel for Proposed Lead Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CITY OF PONTIAC POLICE AND FIRE RETIREMENT SYSTEM, on Behalf of Itself and All Others Similarly Situated, ) ) ) ) | Case No. 3:26-cv-01979-EMC |
| Plaintiff, ) ) | CLASS ACTION |
| vs. ) ) | CERTIFICATION OF INTERESTED ENTITIES OR PERSONS |
| SOLENO THERAPEUTICS, INC., et al., ) ) ) | |
| Defendants. ) ) | |

4932-0459-9720.v1

Pursuant to Civil L.R. 3-15, the undersigned certifies that as of this date, no such interest is known other than that of the named parties to the action and lead plaintiff movants The Firemen's Retirement System of St. Louis and City of Baton Rouge and Parish of East Baton Rouge Employees' Retirement System.

DATED:  May 5, 2026

ROBBINS GELLER RUDMAN
  & DOWD LLP
DANIELLE S. MYERS
MICHAEL ALBERT
KENNETH P. DOLITSKY


                    s/ Kenneth P. Dolitsky
                    KENNETH P. DOLITSKY

655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
dmyers@rgrdlaw.com
malbert@rgrdlaw.com
kdolitsky@rgrdlaw.com

ROBBINS GELLER RUDMAN
  & DOWD LLP
SHAWN A. WILLIAMS
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA  94104
Telephone:  415/288-4545
shawnw@rgrdlaw.com

Proposed Lead Counsel for Proposed Lead Plaintiff