ROBBINS GELLER RUDMAN
  & DOWD LLP
SHAWN A. WILLIAMS (213113)
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA  94104
Telephone:  415/288-4545
shawnw@rgrdlaw.com
        – and –
ROBBINS GELLER RUDMAN
  & DOWD LLP
DANIELLE S. MYERS (259916)
MICHAEL ALBERT (301120)
KENNETH P. DOLITSKY (345400)
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
dmyers@rgrdlaw.com
malbert@rgrdlaw.com
kdolitsky@rgrdlaw.com

Proposed Lead Counsel for Proposed Lead Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CITY OF PONTIAC POLICE AND FIRE RETIREMENT SYSTEM, on Behalf of Itself and All Others Similarly Situated, <br><br> Plaintiff, <br><br> vs. <br><br> SOLENO THERAPEUTICS, INC., et al., <br><br> Defendants. | Case No. 3:26-cv-01979-EMC <br><br> <u>CLASS ACTION</u> <br><br> CERTIFICATE OF KENNETH P. DOLITSKY PURSUANT TO LOCAL RULE 23-1(d) |

4912-3727-5816.v1

**CERTIFICATE PURSUANT TO LOCAL RULE 23-1(d)**

Pursuant to Northern District Local Rule 23-1(d), I, Kenneth P. Dolitsky, declare under penalty of perjury that I do not directly own or otherwise have a beneficial interest in the securities that are the subject of this action.

Executed this 5th day of May, 2026.

s/ Kenneth P. Dolitsky
KENNETH P. DOLITSKY

CERTIFICATE OF KENNETH P. DOLITSKY PURSUANT TO LOCAL RULE 23-1(d) - 3:26-cv-01979-EMC                                                                                        - 1 -
4912-3727-5816.v1