ROBBINS GELLER RUDMAN
   & DOWD LLP
SHAWN A. WILLIAMS (213113)
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA  94104
Telephone:  415/288-4545
shawnw@rgrdlaw.com
        – and –
ROBBINS GELLER RUDMAN
   & DOWD LLP
DANIELLE S. MYERS (259916)
MICHAEL ALBERT (301120)
KENNETH P. DOLITSKY (345400)
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
dmyers@rgrdlaw.com
malbert@rgrdlaw.com
kdolitsky@rgrdlaw.com

Proposed Lead Counsel for Proposed Lead Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CITY OF PONTIAC POLICE AND FIRE RETIREMENT SYSTEM, on Behalf of Itself and All Others Similarly Situated, ) ) ) | Case No. 3:26-cv-01979-EMC |
| Plaintiff, ) | CLASS ACTION |
| vs. ) ) | CERTIFICATE OF SHAWN A. WILLIAMS PURSUANT TO LOCAL RULE 23-1(d) |
| SOLENO THERAPEUTICS, INC., et al., ) ) | |
| Defendants. ) ) | |

4926-8889-7960.v1

## CERTIFICATE PURSUANT TO LOCAL RULE 23-1(d)

Pursuant to Northern District Local Rule 23-1(d), I, Shawn A. Williams, declare under penalty of perjury that I do not directly own or otherwise have a beneficial interest in the securities that are the subject of this action.

Executed this 5th day of May, 2026.

s/ Shawn A. Williams
SHAWN A. WILLIAMS

CERTIFICATE OF SHAWN A. WILLIAMS PURSUANT TO LOCAL RULE 23-1(d) - 3:26-cv-01979-EMC                                                                                              - 1 -
4926-8889-7960.v1