ROBBINS GELLER RUDMAN
   & DOWD LLP
SHAWN A. WILLIAMS (213113)
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA  94104
Telephone:  415/288-4545
shawnw@rgrdlaw.com
       – and –
ROBBINS GELLER RUDMAN
   & DOWD LLP
DANIELLE S. MYERS (259916)
MICHAEL ALBERT (301120)
KENNETH P. DOLITSKY (345400)
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
dmyers@rgrdlaw.com
malbert@rgrdlaw.com
kdolitsky@rgrdlaw.com

Proposed Lead Counsel for Proposed Lead Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CITY OF PONTIAC POLICE AND FIRE RETIREMENT SYSTEM, on Behalf of Itself and All Others Similarly Situated, <br><br> Plaintiff, <br><br> vs. <br><br> SOLENO THERAPEUTICS, INC., et al., <br><br> Defendants. | Case No. 3:26-cv-01979-EMC <br><br> CLASS ACTION <br><br> DECLARATION OF KENNETH P. DOLITSKY IN SUPPORT OF THE PUBLIC PENSION FUNDS' OPPOSITION TO COMPETING LEAD PLAINTIFF MOTIONS <br><br> DATE:        June 25, 2026 <br> TIME:         1:30 p.m. <br> CTRM:       5, 17th Floor <br> JUDGE:      Hon. Edward M. Chen |

4918-0684-9709.v1

I, KENNETH P. DOLITSKY, declare as follows:

1.    I am an attorney duly licensed to practice before all of the courts of the State of California and this Court.  I am associated with the law firm of Robbins Geller Rudman & Dowd LLP, counsel of record for The Firemen's Retirement System of St. Louis and City of Baton Rouge and Parish of East Baton Rouge Employees' Retirement System (collectively, the "Public Pension Funds"), and proposed lead counsel for the class.  I make this declaration in support of the Public Pension Funds' Opposition to Competing Lead Plaintiff Motions.  I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2.    Attached is a true and correct copy of the following exhibit:

Exhibit 1:    Minutes of Oklahoma Firefighters Pension and Retirement Board meeting.

I declare under penalty of perjury that the foregoing is true and correct.  Executed this 19th day of May, 2026.

s/ Kenneth P. Dolitsky<br>
KENNETH P. DOLITSKY

DECLARATION OF KENNETH P. DOLITSKY IN SUPPORT OF THE PUBLIC PENSION FUNDS' OPPOSITION TO COMPETING LEAD PLAINTIFF MOTIONS - 3:26-cv-01979-EMC                - 1 -
4918-0684-9709.v1