# EXHIBIT 1

## MINUTES

The Oklahoma Firefighters Pension and Retirement Board met March 20, 2026
in the Salvation Army Building at 6601 Broadway Ext., Suite 100, Oklahoma City.
Written notice was sent to Board members and interested parties, posted 24 hours before
the meeting and filed with the Secretary of State in compliance with the Open Meeting
Laws.

Chairman Cary Provence called the meeting to order.

| | |
|---|---|
| Members Present: | Cary Provence, Dana Cramer, Brent Baggett, Tom A. Marcum, Dylan Terhune, Marshall Dunnam, Teresa Green, Casey Baker, Donald Bennett Jr., and Brent Bryant arriving at 8:33 A.M. |
| Others: | Chase Rankin, Executive Director; Scott Vanhorn, Assistant Executive Director; Terri Williams, Executive Secretary |
| Visitors: | Troy Brown & Tony Kay, Mariner; Juan Pablo Sans Quiroz & Andy Mark, PIMCO: Peter Fromson & Sean McGowan, IFM Global; Lauren Mounts, New Mountain; Mike Kelley, Executive Director, OSFA; John A. Soos, Retired Oklahoma City Firefighter; Tony Stewart, Retired Kingfisher Firefighter |
| Absent: | Aaron Morris, Matt Lay and Eric Acosta |

## APPROVAL/MINUTES DATED FEBRUARY 20, 2026:

Motion was made by Mr. Baggett and seconded by Mr. Marcum to approve the minutes
dated February 20, 2026. Ayes: Messrs. Provence, Marcum, Terhune, Green,
Baker, Dunnam, Cramer, Bennett, and Baggett.  Nayes: None.
Motion carried.

## REQUEST APPROVAL/CONSENT AGENDA, A COPY IS ATTACHED:

Motion was made by Mr. Cramer and seconded by Mr. Marcum to approve the
Consent Agenda dated March 20, 2026. Ayes: Messrs.  Provence, Baggett,
Terhune, Dunnam, Bennett, Marcum, Green, Baker, and Cramer. Nayes: None. Motion
carried.

## PIMCO/JUAN PABLO SANS QUIROZ & ANDY MARK

Mr. Sans Quiroz & Mr. Mark gave a presentation for PIMCO.

|  | 3 Months Ending 02/28/2026 | 1 Year Ending 02/28/2026 | 3 Years Ending 02/28/2026 |
|---|---|---|---|
| PIMCO Private Income | 1.52% | 8.35% | 7.90% |
| Bloomberg Global Credit | 1.70% | 10.15% | 7.73% |

## IFM GLOBAL/PETER FROMSON & SEAN MCGOWAN:

Mr. Fromson & Mr. McGowan gave a presentation for IFM Global.

|  | 3 Months Ending 02/28/2026 | 1 Year Ending 02/28/2026 | 3 Years Ending 02/28/2026 |
|---|---|---|---|
| IFM Global Infrastructure | -0.25% | 10.44% | 8.39% |
| Blmb. U.S. Tsy Bellwether: 1 Year+3% | 1.19% | 8.28% | 9.02% |

## NEW MOUNTAIN PARTNERS /LAUREN MOUNTS:

Ms. Mounts gave a presentation for New Mountain Partners.

|  | 3 Months Ending 02/28/2026 | 1 Year Ending 02/28/2026 | 3 Years Ending 02/28/2026 |
|---|---|---|---|
| New Mountain Partners | 4.46% | 40.32% | N/A |
| Cambridge Associates PE | 0.00% | 6.25% | 7.89% |

## MARINER/TROY BROWN:

1. Presenting Manager Review.

Mr. Brown and Mr. Kay reviewed the presenting managers to the Board.

## INVESTMENT COMMITTEE/TOM A. MARCUM - CHAIRMAN:

1. Review and interview Acorn Aerospace and Defense Fund VI for a potential allocation.

Motion was made by Mr. Marcum and seconded by Mr. Baggett to allocate $15 million to Acorn Aerospace and Defense Fund VI. Ayes: Messrs. Provence, Marcum, Terhune, Dunnam, Bryant, Green, Cramer, Bennett, Baker, and Baggett. Nayes: None. Motion carried.

2. Review Investment Performance.

|  | 3 Months Ending 02/28/2026 | 1 Year Ending 02/28/2026 | 3 Years Ending 02/28/2026 |
|---|---|---|---|
| Total Fund | 1.83% | 14.60% | 12.65% |
| Policy | 2.57% | 15.77% | 13.89% |

3. Review Securities Case filed against UniQure.

Motion was made by Mr. Marcum and seconded by Mr. Cramer to seek lead plaintiff in the case against UniQure using Kessler Topaz Meltzer and Check as counsel. Ayes: Messrs. Provence, Marcum, Terhune, Dunnam, Bryant, Green, Cramer, Bennett, Baker, and Baggett. Nayes: None. Motion carried.

4. Old Business:

Motion was made by Mr. Marcum and seconded by Mr. Baggett to approve the Investment Policy statement as presented to remove restrictions under the Energy Discrimination Elimination Act. Ayes: Messrs. Provence, Marcum, Terhune, Dunnam, Bryant, Green, Cramer, Bennett, Baker, and Baggett. Nayes: None. Motion carried.

5. New Business:

## MARC EDWARDS/LEGAL COUNSEL REPORT. DISCUSSION, VOTE, AND ANY OTHER NECESSARY ACTION TO IMPLEMENT DISCUSSION AND VOTE:

1. <u>OFP v Biogen Inc. et al.</u>, Civil Action 22-cv-10200, USDC Mass (Block & Leviton) Cannae Holdings (Del. Ch. Ct.)

Mr. Rankin reported that the settlement discussions were ongoing.

2.    Marc Bain Rasell, et al. v. Elon R. Musk; Case No. 22-cv-03026-ALC USDC Southern District of NY.

3.    OFP et al v. Banco Santander, S.A. et al; Case No. 18-cv-02830, SDNY

   Mr. Rankin reported that this case was in discovery.

4.    Glaziers Union Local #27 Pension and Retirement Fund v. Irhythm Technologies, Inc., et al.: Case No. 24-cv-00706, N.D. Calif. (BLBG)

   Mr. Rankin said he would be going for mediation April 2, 2026, for this case.

5.    Steamfitters Local 449 Pension & Retirement Security Funds, et al. v. Extreme Networks, Inc., et al : Case No. 24-cv-05102, N.D. California

6.    OFP v. Integral Ad Science, et. al.; Case No 25-cv-00847, USDC, SDNY

   Mr. Rankin reported that he was working on filing an appeal.

7.    Coleman v. Charles River Laboratories International, Inc., et. al.; Case No. 23-cv-1132, USDC Mass.

8.    Laborers District Counsel v James Hardie, PLC, No. 1:25-CV-13018 (N.D. ILL.)

9.    Ohio Public Employees Retirement System et al v. David L. Calhoun et al and the Boeing Co: Case No. 1:24-cv-1200 Eastern District of Virginia

10.    Garrett e al. v. OFP; Case No. CV-18-1327, (OK County D. Ct.)

   Mr. Rankin reported that he had no feedback on the Garrett case, but Mr. DeMuro, FD Law, was working to get a status conference before the Judge.

11.    Books and Records Demand Cases

      a.    Cummins(Cohen)
      b.    TripAdvisor(KTMC)
      c.    NVIDIA (Scott & Scott)
      d.    Apple(Scott & Scott)
      e.    Being(Scott & Scott)
      f.    Howard Hughes (Labaton)

12.    Report on the current status of all other litigation involving the Pension System.

### JUSTIN WALKER/MIDWEST CITY - APPLICATION FOR "DISABILITY IN THE LINE OF DUTY" PENSION, EFFECTIVE FEBRUARY 23, 2026:

Motion was made by Mr. Cramer and seconded by Baggett to approve the Application for "Disability in the Line of Duty," effective February 23, 2026. Ayes: Messrs. Provence, Marcum, Terhune, Dunnam, Cramer, Bennett, Green, Baker, Bryant, and Baggett. Nayes: None. Motion carried.

### CHARLES LITTLETON JR./NORMAN – APPLICATION FOR "DISABILITY IN THE LINE OF DUTY" PENSION, EFFECTIVE MARCH 1, 2026:

Motion was made by Mr. Terhune and seconded by Mr. Cramer to approve the Application for "Disability in the Line of Duty", effective March 1, 2026. Ayes: Messrs. Provence, Marcum, Terhune, Dunnam, Cramer, Bennett, Baker, Green, Bryant, and Baggett. Nayes: None. Motion carried.

### JUSTIN M. BAYSINGER/OKLAHOMA CITY - APPLICATION FOR "DISABILITY IN THE LINE OF DUTY" PENSION, EFFECTIVE MARCH 1, 2026:

Motion was made by Mr. Terhune and seconded by Mr. Bennett to approve the Application for "Disability in the Line of Duty", effective March 1, 2026. Ayes: Messrs. Provence, Marcum, Terhune, Dunnam, Cramer, Bennett, Baker, Green, Bryant, and Baggett. Nayes: None. Motion carried.

### GREGORY P. CONNELLY/STILLWATER - APPLICATION FOR "DISABILITY IN THE LINE OF DUTY" PENSION, EFFECTIVE MARCH 1, 2026:

Motion was made by Mr. Cramer and seconded by Mr. Marcum to approve the Application for "Disability in the Line of Duty", effective March 1, 2026. Ayes: Messrs. Provence, Marcum, Terhune, Dunnam, Cramer, Baker, Green, Bennett, Bryant, and Baggett. Nayes: None. Motion carried.

### KEVIN R. KECK/TULSA - APPLICATION FOR "DISABILITY IN THE LINE OF DUTY" PENSION, EFFECTIVE MARCH 1, 2026:

Motion was made by Mr. Terhune and seconded by Mr. Cramer to approve the Application for "Disability in the Line of Duty", effective March 1, 2026. Ayes: Messrs. Provence, Marcum, Terhune, Dunnam, Cramer, Baker, Green, Bennett, Bryant, and Baggett. Nayes: None. Motion carried.

## KAREN D. SWIMMER/WSEBBERS FALLS – APPLICATION FOR "DISABILITY NOT IN THE LINE OF DUTY" PENSION, EFFECTIVE NOVEMBER 5, 2025:

Motion was made by Mr. Cramer and seconded by Mr. Baggett to approve the Application for "Disability Not in the Line of Duty", effective November 5, 2025. Messrs. Provence, Marcum, Terhune, Dunnam, Cramer, Baker, Green, Bennett, Bryant, and Baggett. Nayes: None. Motion carried.

## JEREMY ROBERTS/BROKEN ARROW /REQUEST TO MODIFY PENSION FROM "SERVICE" TO "DISABILITY IN THE LINE OF DUTY:

Motion was made by Mr. Cramer and seconded by Mr. Bennett to approve Mr. Robert's request to modify his pension from "Service" to "Disability in the Line of "Duty". Messrs. Provence, Marcum, Terhune, Dunnam, Cramer, Green, Baker, Bennett, Bryant, and Baggett. Nayes: None. Motion carried.

## GREGORY SCHEIHING/STILLWATER/REQUEST TO MODIFY PENSION FROM "SERVICE" TO "DISABILITY IN THE LINE OF DUTY:

Motion was made by Mr. Terhune and seconded by Mr. Marcum to approve Mr. Scheihing's request to modify his pension from "Service" to "Disability in the Line of "Duty". Messrs. Provence, Marcum, Terhune, Dunnam, Cramer, Green, Baker, Bennett, Bryant, and Baggett. Nayes: None. Motion carried.

## CHASE RANKIN/EXECUTIVE DIRECTOR REPORT:

Mr. Rankin reported that the Pension System had gone live with the new data system. He said it was going well and they were working on member self-services. He said the registration process will look different in the new system.

Mr. Rankin said the Tweener Bill had come out of the House last week.

Mr. Rankin reported on the legislative items potentially impacting the Pension System:

> HB 3721 – Allows Children to elect DROP – No impact to System.
> SB 432 – Changes the volunteer multiplier from $7.53 to $10.00 - $18 Million impact
> SB 172 – Allows the Board to grant COLA'S up to 2.0% if and when the funded ratio exceeds 80%

## QUESTIONS OR COMMENTS FROM BOARD MEMBERS AND AUDIENCE:

## OLD BUSINESS:

## NEW BUSINESS:

Oklahoma Firefighters Pension System
March 20, 2026
Page 6

## NEXT MEETING DATE:

The Oklahoma Firefighters Pension and Retirement Board will meet on April 17, 2026 at 8:30 A.M. at the Salvation Army Building, 6601 Broadway Extension, Ste. 100, Oklahoma City, OK.

## ADJOURNMENT:

Mr. Provence adjourned the Board Meeting at 10:28 P.M.

Submitted by Terri L. Williams, Executive Secretary.

## CONSENT AGENDA
### March 20, 2026

### CHECKS TERMINATED IN FEBRUARY 2026:

| | | |
|---|---|---|
| ALINE | BETTY A. GOSS | DECEASED |
| BOISE CITY | ALBERTA SHANNON | DECEASED |
| CHOUTEAU | DONNA RIGGS | DECEASED |
| DEL CITY | SHARON MCKEE | DECEASED |
| HICKORY | DAVID T. COBB | DECEASED |
| HOBART | WANDA S. HOLBROOK | DECEASED |
| MCALESTER | BENNY BROOKS | DECEASED |
| OKLAHOMA CITY | MARY E. ADAMS | DECEASED |
| OKLAHOMA CITY | CARL D. DONEVIN JR. | DECEASED |
| OKLAHOMA CITY | CHARLOTTE GRAHAM | DECEASED |
| OKLAHOMA CITY | COLTON JOHNSON | OVER AGE 22 |
| RAVIA | RAYLEIGH KREGER | OVER AGE 22 |
| SPIRO | MARLIN E. WORTHAM | DECEASED |
| TAHLEQUAH | LUCRETTA MOORE | DECEASED |
| TULSA | FERN B. BURTON | DECEASED |
| WAGONER | SANDRA MCCUAN | DECEASED |
| WANETTE | BETTY S. PYBAS | DECEASED |
| WAYNOKA | VIVIAN E. PARKS | DECEASED |

### $5,000.00 DEATH BENEFIT:

| | |
|---|---|
| BIXBY | LANORA BEAN, CHILD OF JOHN E. FARRAR |
| BLAIR | DEE ANN ROBERTS, WIDOW OF TOM ROBERTS |
| CNTRL LIN CNTY 4 | PARKS BROTHERS FUNERAL SERVICE ON BEHALF OF KENNETH M. SMITH |
| CHECOTAH | GARRETT FUNERAL HOME ON BEHALF OF EARNEST MYERS |
| HENRYETTA | INTEGRITY FUNERAL SERVICE ON BEHALF OF GEROGE R. GULLEY |
| HICKORY | JAMIE BROWN, CHILD OF LESLEY J. HERRING |
| HICKORY | JULIE MOORE, CHILD OF LESLEY J. HERRING |
| HICKORY | WENDY FORRESTER, CHILD OF LESLEY J. HERRING |
| LEXINGTON | WILSON LITTLE FUNERAL HOME ON BEHALF OF SAMUEL R. STARK |
| MANCHESTER | JANET S. YOUNG, WIDOW OF PHILIP R. YOUNG |
| MCALESTER | JONES HARKINS FUNERAL HOM ON BEHALF OF ELVIS BENNY BROOKS |
| MIAMI | DEBRA A. GLASMAN, WIDOW OF MICHAEL J. GLASMAN |
| MIDWEST CITY | HUNN BLACK & MERRITT FUNERAL HOME ON BEHALF OF JAMES FOWLER |

5

| MORRISON | KIM HANSEN, CHILD OF RICK D. MCSWAIN |
|---|---|
| MORRISON | DAVID MCSWAIN, CHILD OF RICK D. MCSWAIN |
| NOWATA | BENJAMIN FUNERAL SERVICE ON BEHALF OF RICHARD E. FREOLICH |
| OKLAHOMA CITY | SEAN S. MAPLES, CHILD OF JACK D. MAPLES |
| POTEAU | EVANS & MILLER FUNERAL HOME ON BEHALF OF ROBERT T. LINDSTROM |
| SPIRO | MALLORY-MARTIN FUNERAL HOME ON BEHALF OF MARLIN E. WORTHAM |
| TULSA | DILLON FUNERAL SERVICE ON BEHALF OF STEPHEN K. MIXON |

## APPLICATION FOR ENTRANCE INTO THE PENSION SYSTEM/APPROVED BY EXECUTIVE DIRECTOR, CHASE RANKIN:

| CITY | APPLICANT |
|---|---|
| COLLINSVILLE | MATTHEW WELDIN |
| CUSHING | BRYAN BOSSHARD |
| CUSHING | BRYCE CASE |
| CUSHING | AIDEN HOOVER |
| FAIRVIEW | BRIDGET SALISBURY |
| IDABEL | MATTHEW A. BRYAN |
| LINDSEY | GARRETT MCKENSIE |
| MADILL | ELISHA MCGAHEY |
| MIDWEST CITY | RYAN BELCHER |
| MIDWEST CITY | DEKEN JONES |
| MIDWEST CITY | BENJAMIN SUTTERFIELD |
| MIDWEST CITY | JAEGAR WATTS |
| NEWKIRK | NOAH GROVES |
| SALLISAW | HUNTER HUTCHINSON |
| SALLISAW | STEPHEN O'DELL |
| SALLISAW | RYAN SIDES |
| SALLISAW | MAXWELL STUMP |

6

## APPLICATION FOR SURVIVING SPOUSE:

| EFFECTIVE DATE | CITY | APPLICANT |
|---|---|---|

## APPLICATION FOR SURVIVING SPOUSE FOR CONTINUATION:

| EFFECTIVE DATE | CITY | APPLICANT |
|---|---|---|
| 03/01/2026 | ALDERSON | CLEMIE PEPPERS, WIDOWER of Karla Peppers |
| 03/01/2026 | BOKCHITA | DIANA A. BUNDRANT, WIDOW John Bundrant Jr. |
| 03/01/2026 | CHICKASHA | JUANITA M. COOK, WIDOW OF James R. Cook |
| 03/01/2026 | COLBERT | SHARON S. RICE, WIDOW OF Gary D. Rice |
| 03/01/2026 | COLLINSVILLE | BRENDA C. FIFER, WIDOW OF Donald D. Fifer |
| 03/01/2026 | CROMWELL | TAMMY BRYANT, WIDOW OF Terry L. Mosley |
| 03/01/2026 | ENID | CAROLINE GASH, WIDOW OF John R. Gash |
| 03/01/2026 | ENID | CHERYL I. KILLAM, WIDOW OF Robert Killam |
| 03/01/2026 | ENID | CONNIE SMITH, WIDOW OF Billy D. Smith |
| 03/01/2026 | GATE | KARN BOND, WIDOW OF Gerald E. Bond |
| 03/01/2026 | HOLDENVILLE | LORETTA S. REID, WIDOW OF Orville L. Reid |

| | | |
|---|---|---|
| 03/01/2026 | HOLLIS | DIANE COALY, WIDOW OF Donnie Coaly |
| 03/01/2026 | KAW CITY | DONNA L. CORLETT, WIDOW of David O. Corlett |
| 03/01/2026 | KEYES | JEANNIE COOK, WIDOW OF Gary B. Cook |
| 03/01/2026 | MUSTANG | JUDY K. PLOCH, WIDOW OF Quentin L. Ploch |
| 03/01/2026 | OKLAHOMA CITY | KATHY JO HANES, WIDOW OF Gerald D. Hanes |
| 03/01/2026 | PRYOR | GLENDA S. STUMP, WIDOW OF George C. Stump |
| 03/01/2026 | TULSA | PEGGY REED, WIDOW OF Howard E. Reed |
| 03/01/2026 | TULSA | VICKY WHITE, WIDOW OF Dennis White |

## APPLICATION FOR SERVICE PENSION:

| EFFECTIVE DATE | CITY | APPLICANT |
|---|---|---|
| 02/09/2026 | AMES | RYAN P. SWART |
| 03/01/2026 | BARTLESVILLE | BRODERICK J. GUISE |
| 03/01/2026 | BOYNTON | TRAVIS S. MCCLAIN |
| 03/01/2026 | BUCKHORN | TERRY R. HAYES |
| 02/01/2026 | COGAR | KYLE A. ANTHONY |
| 01/12/2026 | COLEMAN | CHAD L. MASON |
| 03/01/2026 | COPAN | JOHN WILLIAMS |
| 03/01/2026 | ELMER RURAL | BOBBY C. WAKEMAN |

8

| | | |
|---|---|---|
| 03/01/2026 | FORT COBB | TYSON FARMER |
| 03/01/2026 | GRADY | WELDON L. SMITH |
| 03/01/2026 | GRADY | GREGORY D. SKIDMORE |
| 03/01/2026 | HEAVENER | TIMOTHY D. DAVIS |
| 02/15/2026 | LOOKEBA | JEFFREY C. DOANE |
| 02/01/2026 | MOORELAND | TRAVIS M. CASE |
| 01/13/2026 | OKTAHA | BEN A. HALE |
| 03/01/2026 | RATTAN | JESSIE E. MONTGOMERY |
| 03/01/2026 | ROLLING HILLS FPD | BRYON S. FOX |
| 03/01/2026 | ROOSEVELT | DARRELL W. BLOCK |
| 03/01/2026 | ROOSEVELT | DALE L. MILLER |
| 03/01/2026 | ROOSEVELT | JEFFERY D. VANDERPOL |
| 03/01/2026 | SALLISAW | STEVE A. PADGETT |
| 03/01/2026 | SULPHUR | TERRY J. BLALOCK |
| 03/01/2026 | WAYNE | MICHAEL W. LEE |
| 03/01/2026 | WYANDOTTE | WILLIAM D. NICHOLS |

## APPLICATION FOR VESTED BENEFIT:

| EFFECTIVE DATE | CITY | APPLICANT |
|---|---|---|
| 11/29/2027 | ARNETT | TODD W. ATHA JR. |
| 02/17/2029 | BRISTOW | BRYAN DESHAZO |
| 07/17/2030 | CRAWFORD | MONTE MCGLOTHLIN |
| 0616/2029 | FORT COBB | MANDY K. FARMER |

9

| | | |
|---|---|---|
| 04/10/2034 | HICKORY HILLS | TONY M. FRANKLIN |
| 03/01/2023 | KETCHUM | RON K. LEE |
| 08/04/2032 | MENO | BRIAN HIEBERT |
| 03/01/2023 | WAUKOMIS | BRIAN W. ROBINETTE |

## REFUND OF CONTRIBUTIONS:

| **APPLICANT** | **CITY** | **HIRE DATE** | **TERM** |
|---|---|---|---|
| TRENTON K. BREESE | BLACKWELL | 09/14/2015 | 12/28/2025 |
| TERRY J. BLABOCK | SULPHUR | 06/05/2006 | 05/24/2007 |

10